Jennifer M. Coughlin
Joan Travostino
K&L GATES LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile: (907) 865-2443
jennifer.coughlin@klgates.com
joan.travostino@klgates.com
Attorneys for Three Bears Alaska, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| THREE BEARS ALASKA, INC., | |
| Plaintiff, | **NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)** |
| v. | |
| VARILEASE FINANCE, INC., | Case No. 3:15-cv-00030-HRH |
| Defendant. | |

This Notice of Dismissal is under FRCP 41(a)(1)(A)(ii), and is signed by counsel for all of the parties who have appeared in this action. The parties agree to dismiss all claims in this action, with prejudice, against the other party. Each party will bear their own costs and attorney fees.

Dated this 23rd day of April, 2014.

K&L GATES LLP

By:_____/s/___Jennifer Coughlin_____
Jennifer Coughlin, Alaska Bar No. 9306015

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

NOTICE OF DISMISSAL
*Three Bears Alaska, Inc. v. Varilease Finance, Inc.*, Case No. 3:15-cv-00030-HRH
Page 1 of 2

jennifer.coughlin@klgates.com
Attorneys for Three Bears Alaska, Inc.
420 L Street, Suite 400
Anchorage, AK 99501-1937

GARVEY SCHUBERT BARER


By    /s/   Peter A. Sandberg
Peter A. Sandberg, Alaska Bar No. 0611084
psandberg@gsblaw.com
Attorneys for Varilease Finance, Inc.
Garvey Schubert Barer
2550 Denali Street, Suite 1502
Anchorage, AK 99503


## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2015, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System and the following were electronically

served on:

    Julia M. Holden-Davis
    Peter A. Sandberg
    Garvey Schubert Barer
    2550 Denali Street, Suite 1502
    Anchorage, AK 99503

                By:        /s/   Jennifer Coughlin

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

NOTICE OF DISMISSAL
*Three Bears Alaska, Inc. v. Varilease Finance, Inc.*, Case No. 3:15-cv-00030-HRH
Page 2 of 2